UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 09-14290-CIV-GRAHAM/LYNCH

JAMES E. RUMPH,

    Plaintiff,

vs.

MICHAEL J. ASTRUE,

    Defendants.
_____/

**ORDER**

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Default [D.E. 9].

**THE COURT** has reviewed the motion, the pertinent portions of the record and is otherwise fully advised in the premises.

**THE MATTER** was referred to the Honorable United States Magistrate Judge Frank J. Lynch by clerk's order [D.E. 2]. The Magistrate Judge issued a Report recommending that Plaintiff's Motion for Default [D.E. 12] be denied.  Plaintiff has filed objections to the report [D.E. 13].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises.  Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation [D.E. 12] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety.  It is further

**ORDERED AND ADJUDGED** that Plaintiffs' Motion for Default [D.E. 9] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of January, 2010.

*[signature]*

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Lynch
    Counsel of Record