UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION
Case No. 09-14290-CIV-GRAHAM/LYNCH

**CLOSED CIVIL CASE**

JAMES E. RUMPH,

    Plaintiff,

vs.

SOCIAL SECURITY ADMINISTRATION,

    Defendant.
_____/

### ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Summary Judgment [D.E. 18].

**THE MATTER** was referred by Clerk's Order to the Honorable United States Magistrate Judge Frank J. Lynch pursuant to 28 U.S.C. § 636 and the Magistrate Rules for the Southern District of Florida [D.E. 2]. Judge Lynch issued a Report and Recommendation [D.E. 23] recommending that Plaintiff's motion for summary judgment be denied and that summary judgment be entered in favor of Defendant. Plaintiff has filed objections to the Report [D.E. 24].

**THE COURT** has conducted an independent review of the record and is otherwise fully advised in the premises. Plaintiff's objections are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Magistrate Judge's Report [D.E. 23] is **AFFIRMED, ADOPTED AND RATIFIED** in its entirety. It is

further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Summary Judgment [D.E. 18] is **DENIED** and Summary Judgment is entered in favor of Defendant. It is further

**ORDERED AND ADJUDGED** that this case is **CLOSED** and any pending motions are **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of July, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Judge Frank J. Lynch
James E. Rumph, Pro Se